**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 97-20673
Summary Calendar
_____


KOFI AMUA-SEKYI,

Plaintiff-Appellant,

VERSUS

BURTON RAIFORD,
Commissioner of Texas Department of Human Services,

and

MAMIE EWING,
Regional Administrator of Region 6 of
Texas Department of Human Services,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-95-CV-1567)
_____
January 29, 1998


Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]


The plaintiff, Kofi Amua-Sekyi, sued officials of the
defendant state agency, the Texas Department of Human Services,

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion
should not be published except under the limited circumstances set forth
in 5TH CIR. R. 47.5.4.

under title VII and the Age Discrimination in Employment Act, claiming he was unlawfully denied employment after having applied several times. The matter was submitted by consent to a magistrate judge, who granted summary judgment in favor of the defendants.

On appeal, Amua-Sekyi pursues only his age discrimination claim. We affirm, essentially for the reasons given by the magistrate in her comprehensive and convincing twenty-three-page Memorandum and Order Granting Defendants' Motion for Summary Judgment entered on July 16, 1997.

AFFIRMED.